COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:           01-14-01029-CV

Style:                Tarris Woods

                        **v.** Sandra T. Kenner and Charles E. Twymon, Jr.

Date motion filed[*]:      March 26, 2015

Type of motion:        Motion to Abate and Remand for the Execution of Findings of Fact and Conclusions of Law

Party filing motion:     Appellant

Document to be filed:

Is appeal accelerated?      No

If motion to extend time:
       Original due date:
       Number of previous extensions granted:            Current Due date:
       Date Requested:

Ordered that motion is:

     ☐       Granted

          If document is to be filed, document due:

          ☐      The Court will not grant additional motions to extend time absent extraordinary circumstances.

     ☒       Denied

     ☐       Dismissed (*e.g.*, want of jurisdiction, moot)

     ☐       Other: _____

     The clerk's record includes "Findings of Fact and Conclusions of Law" signed by the trial court and filed on December 22, 2014. *See* TEX. R. CIV. P. 297; *see also Vickery v. Comm'n for Lawyer Discipline*, 5 S.W.3d 241, 253 (Tex. App.—Houston [14th Dist.] 1999, pet. denied) (citing *Grossnickle v. Grossnickle*, 935 S.W.2d 830, 837 n.1 (Tex. App.—Texarkana 1996, writ denied)) (recognizing practice of prevailing party submitting proposed findings of fact).

Judge's signature:    /s/ Terry Jennings
                      ☑ Acting individually      ☐ Acting for the Court

Panel consists of      _____

Date: April 21, 2015